**Order entered January 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00424-CR

**JOHNELLE RENEE HALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA17-13792-L**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why no brief has been filed. On January 29, 2019, the supplemental reporter's record of the hearing was filed. We **ADOPT** the trial court's January 23, 2019 findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, is represented by appointed counsel Jeff P. Buchwald; and (3) counsel has not abandoned the appeal and will have a brief filed within 25 days.

We **ORDER** appellant's brief filed no later than February 19, 2019.

We **DIRECT** the Clerk to send copies of this order to the Honorable Etta Mullin, Presiding Judge, County Criminal Court No. 10; Jeff Buchwald; and to the Dallas County District Attorney.

/s/    LANA MYERS
           JUSTICE